MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE CABN (150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5035

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-00465 DLJ |
| Plaintiff, | ) ) | STIPULATION AND  ORDER TO |
| v. | ) ) | RESCHEDULE  SENTENCING DATE TO JANUARY 17, 2012 |
| LITA DELARA, | ) ) | |
| Defendant. | ) ) | |

The parties, the United States of America, by and through Assistant United States Attorney Grant Fondo, and defendant Lita Delara, through her attorney Peter Leeming, request the rescheduling of defendant's sentencing from January 12, 2012, to January 17, 2012.  The defendant's sentencing was previously scheduled for January 12, 2012, before Judge Fogel. This matter recently was re-assigned to Judge Jensen.  Therefore, the parties request and stipulate that defendant's sentencing hearing be rescheduled to January 17, 2012, **at 10:00 a.m.**, or other

1   date convenient for the Court.  The United States has spoken to the Probation Officer assigned to

2   this case, and he is available on this date.

3

4   DATED: October 12, 2011                    MELINDA HAAG (CABN 132612)
                                               United States Attorney
5

6                                              /S/

7                                              _____
                                               GRANT P. FONDO
8                                              Assistant United States Attorney

9                                              /S/

10                                             _____
                                               PETER LEEMING
11                                             Counsel for Defendant

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

*US v.Delara*, CR 10-00465 DLJ
Stip. and [Proposed] Order re Sentencing

## <u>ORDER</u>

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant's sentencing hearing in the above-entitled matter is rescheduled to **January 17, 2012, at 10:00 a.m** before Judge D. Lowell Jensen in Courtroom 7, 4th Floor in the San Jose Courthouse.

IT IS SO ORDERED.

DATED: October 14, 2011

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

*US v.Delara*, CR 10-00465 DLJ
Stip. and [Proposed] Order re Sentencing