Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Lita Delara

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LITA DELARA,<br><br>Defendant | No. CR 10-0465<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

The parties stipulate, and request that the court Order, the following:

1.     This matter is currently set for a sentencing hearing on June 28, 2012 at 10:00 A.M.  By this stipulation, the parties are jointly requesting that the sentencing hearing be moved to July 12, 2012 at 10:00 AM.

2.     Due to various factors, the probation department has not been able to complete the final PSR in this case.  A brief continuance of the sentencing hearing is therefore necessary in order for the probation officer to complete the PSR in this case.

1        3.     For the above reason, the parties jointly request that the sentencing hearing

2  set for June 28 be vacated, and that the hearing be continued to July 12, 2012 at 10:00

3

4  AM.

5

6        Respectfully submitted,

7

8        Dated:                     By:_____/s/_____

9                                   PETER A. LEEMING,
                                 Attorney for Lita Delara

10

11

12

13

14                                   */s/ Grant Fondo,*
                                 Grant Fondo,
                                 Assistant U.S. Attorney

15

16  IT IS SO ORDERED.

17  DATED:_____               _____

18                                   Hon. D. Lowell Jensen
                                 United States District Judge