Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Lita Delara

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>LITA DELARA,<br><br>         Defendant | No. CR 10-0465<br><br>**STIPULATION AND []<br>ORDER CONTINUING<br>SENTENCING HEARING** |

The parties stipulate, and request that the court Order, the following:

1.      This matter is currently set for a sentencing hearing on July 12, 2012 at 10:00 A.M.  By this stipulation, the parties are jointly requesting that the sentencing hearing be moved to August 9, 2012 at 10:00 AM.

2.      Due to various factors, the final PSR in this case was delayed.  Due to defense counsel's involvement in a serious state court matter, counsel and Ms. Delara were not able to meet and review the PSR until July 9, 2012.  Additional materials need

to be assembled by the defense in order to address certain questions raised by the PSR effectively.

     3.    Counsel for the defense, counsel for the government, and the probation officer have conferred, and are all available for sentencing on August 9, 2012.

     4.    For the above reason, the parties jointly request that the sentencing hearing set for July 12 be vacated, and that the hearing be continued to August 9, 2012 at 10:00 AM.

Respectfully submitted,

Dated: July 10, 2012     By:_____/s/_____
                                      PETER A. LEEMING,
                                     Attorney for Lita Delara

                                     /s/ Grant Fondo,
                                   Grant Fondo,
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____                    _____
                                           Hon. D. Lowell Jensen
                                           United States District Judge