1  Peter A. Leeming, SBN 119124
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone (831) 425-8000

4  Attorney for: Defendant Lita Delara

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,      )  No. CR 10-0465
                                  )
13          Plaintiff,             )  **STIPULATION AND []**
                                  )  **ORDER EXTENDING SURRENDER**
14                                 )  **DATE**
   vs.                            )
15                                 )
                                  )
16 LITA DELARA,                   )
                                  )
17          Defendant             )
                                  )
18 _____)

19
          The parties stipulate, and request that the court Order, the following:
20
          1.    Ms. Lita Delara was sentenced to a term of ten months imprisonment on
21
   August 9, 2012.  Ms. Delara is due to surrender to serve her sentence on November 6,
22
   2012.
23

24
          2.    The Government has stated its intention to subpoena Ms. Delara to testify
25
   in the matter of U.S. v. Valdovinos, 11-308 DLJ for a trial scheduled to start on
26
   December 3, 2012, and is scheduled to go several weeks.
27

28

                                       -1-

3.  For the above reason, the parties jointly request that the November 6, 2012 surrender date be extended, to and including January 4, 2013.


Respectfully submitted,


Dated:                              By:_____/s/_____
                                     PETER A. LEEMING,
                                    Attorney for Lita Delara



                                      /s/ Grant Fondo,
                                    Grant Fondo,
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____            _____
                                    Hon. D. Lowell Jensen
                                    United States District Judge

-2-